MART HALLER v. UNITED STATES

No. 6317.—Invoice dated Havana, Cuba, May 1943.
Certified May 1943.
Entered at West Palm Beach, Fla., May 19, 1943.
Entry No. W–229.

(Decided August 2, 1946)

*John F. Kavanagh* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney), for the defendant.

COLE, Judge: This appeal for reappraisement concerns a shipment of chocolate and hard candy from Havana, Cuba, which was entered at West Palm Beach, Fla.

An examination of the official papers discloses that no advance over plaintiff's entered value was made by the appraiser, and that the appeal was filed more than 30 days from the date of appraisement.

The appeal is therefore untimely, section 501 of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1501). Accordingly, it is dismissed and judgment will be rendered accordingly.